ORIGINAL

FILED

06 SEP 14 AM 01 30

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 97CR2520-LAB |
| v. | ) | ORDER |
| FRANCISCO JAVIER ARELLANO-FELIX (3), | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the United States shall be permitted to bring audio and video

recording equipment into the United States Courthouse, 940 Front Street, San Diego, California, on

September 15, 2006. The equipment shall be set up in the jury room adjoining Courtroom 9 on the

second floor and is necessary for a deposition ordered in this case on that date at 1:30 p.m.

DATED:      September *14*, 2006.


*Larry A. Burns*

LARRY ALAN BURNS
United States District Judge

Submitted by:


PETER KO
Assistant U.S. Attorney

97CR2520-LAB