FILED

2006 OCT -2 AM 10: 20

SOUTHERN DISTRICT OF CALIFORNIA

BY _____ AO _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>FRANCISCO JAVIER ARELLANO-FELIX<br><br>    Defendant | CASE NO. 97CR2520-03-LAB<br><br>**ORDER AUTHORIZING INTERIM PAYMENT** |

Good cause appearing therefore:

IT IS HEREBY ORDERED that interim payments of attorney fees and costs to co-counsel Mark F. Adams are authorized in accordance with Title 18 United States Code Section 3006A whenever attorney fees and costs reach the level of at least $5,000.00.

IT IS SO ORDERED:

*Larry A. Burns*

Dated: 9/28/06

LARRY A. BURNS
UNITED STATES DISTRICT COURT JUDGE