FILED

06 OCT 10 PM 2:19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Larry A. Burns, Judge)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCISCO JAVIER ARELLANO-FELIX,<br><br>    Defendant. | Criminal Case No. 97CR2520-LAB<br><br>ORDER DECLARING CASE COMPLEX |

    GOOD CAUSE SHOWN in open court on October 2, 2006, it is hereby ordered that the underlying case is hereby declared complex pursuant to Title 18 U.S.C. §3161(h)(8)(B)(ii). Specifically the underlying case as to Defendant Francisco Javier Arellano-Felix is unusual and complex.

    The Court finds excludable delay, under the aforementioned section, commenced on October 2, 2006 and ended on ~~December 29, 2006~~ January 30, 2007.

    IT IS SO ORDERED.

Dated: 10-2-06

LARRY A. BURNS
United States District Court Judge