UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 JAN -5 AM 8:44

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FRANCISCO JAVIER ARELLANO-FELIX,<br><br>        Defendant. | CASE NO. 97CR2520-LAB<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of: 18:1962(c)(d)-Conducting the affairs of an enterprise through pattern of racketeering activity; 21:952(a),960,963 -Conspiracy to import a controlled substance; 21:846 and 841(a)(1) - Conspiracy to distribute a controlled substance; 18:1956(h) - Conspiracy to launder monetary instruments; 21:853, 18:982(a)(1),(b)(1) and 1963(a) - Criminal forfeiture

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: January 3, 2007

_____
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE


ENTERED ON _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 97CR2520-LAB
                         )
vs                       )   ABSTRACT OF ORDER
                         )
                         )   Booking No. 00677748
                         )
Francisco Javier Arellano-Felix )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __1/3/07__ the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__✓__ Case Dismissed. as to this dft only w/out prejudice.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__✓__ Other. Do Not release, new case 06CR2646-LAB

LARRY A. BURNS
UNITED STATES MAGISTRATE JUDGE
DISTRICT
OR
W. SAMUEL HAMRICK, JR.   Clerk
by
Deputy Clerk
T. LEASHAM

Received _____
DUSM

Crim-9   (Rev 6-95)                                      ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY