**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2007 JAN -9 AM 9:20
2007 JAN -5 AM 8:44

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FRANCISCO JAVIER ARELLANO-FELIX,

        Defendant.

CASE NO. 97CR2520

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) of: 18:1962(c)(d)-Conducting the affairs of an enterprise through pattern of racketeering activity; 21:952(a),960,963 -Conspiracy to import a controlled substance; 21:846 and 841(a)(1) - Conspiracy to distribute a controlled substance; 18:1956(h) - Conspiracy to launder monetary instruments; 21:853, 18:982(a)(1),(b)(1) and 1963(a) - Criminal forfeiture

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: January 3, 2007

I have executed within Judgment of dismissal
Judgment and Commitment on 1/1/07

United States Marshal
By: _____
USMS Criminal Section

LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

ENTERED ON _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER 97CR2520-LAB |
| vs | ABSTRACT OF ORDER |
| Francisco Javier Arellano-Felix | Booking No. 00677748 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __1/3/07__ the Court entered the following order:

____ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

__✓__ Case Dismissed. as to this dft only w/out prejudice.

____ Defendant to be released to Pretrial Services for electronic monitoring.

__✓__ Other. Do not release, new case 06CR2646-LAB

LARRY A. BURNS
UNITED STATES MAGISTRATE JUDGE
DISTRICT
OR
W. SAMUEL HAMRICK, JR.   Clerk
by
Deputy Clerk
T. UPSHAW

Received ____ DUSM

Crim-9   (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY